United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

INFOEXPRESS INC.,

   Plaintiff,

  v.

CISCO SYSTEMS, INC.,

   Defendant.

Case No. 23-cv-02698-YGR (LB)

**DISCOVERY ORDER**

  The district judge referred discovery disputes to the undersigned.[1] The pending dispute complies with the undersigned's standing order; for future reference, this order summarizes the standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

---

[1] Order of Reference – ECF No. 56. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

1

**IT IS SO ORDERED.**

2

Dated: November 18, 2023

3

_____

4

LAUREL BEELER
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California