# EXHIBIT B

**For Office Use Only**

**-FILED-**

File No.: U230020542114

Date Filed: 3/21/2023

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Thomas Caplis    (212) 756-2000

B. E-MAIL CONTACT AT FILER (optional)
tom.caplis@srz.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

COGENCY GLOBAL INC
1325 J Street, Suite 1550
Sacramento, CA 95814
N1939405

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INFOEXPRESS INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2975 Bowers Avenue, Suite 323 | Santa Clara | CA | 95051 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Longford Capital Fund III, LP | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 35 West Wacker Drive, Suite 3700 | Chicago | IL | 60601 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

See Exhibit A attached hereto and made a part hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CM# 048662.0049  Filed with: CA - Secretary of State

F#923505
A#1263058

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

B1608-0699 03/21/2023 5:00 PM Received by California Secretary of State

Exhibit A to UCC

**INFOEXPRESS INC.** (the "Debtor")
2975 Bowers Avenue
Suite 323
Santa Clara, California 95051

and

**Longford Capital Fund III, LP** (the "Secured Party")
35 West Wacker Drive, Suite 3700
Chicago, IL 60601

The collateral includes all of the Debtor's right, title and interest in and to the Proceeds, as further set forth in the funding agreement, dated as of February 21, 2023 (as amended, supplemented, restated or otherwise modified from time to time, the "Funding Agreement"), by and between the Secured Party and the Debtor. All capitalized terms used and not defined herein have the same respective meanings herein as set forth in the Funding Agreement.

"**Affiliate**" means as to any Person (a) any other Person that directly or indirectly, through one or more intermediaries, controls, or is controlled by, or is under common control with, such Person or its respective successors or (b) if such Person is an individual, a spouse, parent, sibling, or descendant of such Person, or a trust over which such Person has sole investment and dispositive power for the benefit of such Person, spouse, parent, sibling, or descendant. The term "control" including the terms "controlling," "controlled by," and "under common control with" means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of a Person, whether through the ownership of voting shares, by contract, or otherwise. Affiliates includes such entities whether now existing or later established by investment, merger, or otherwise, including the successors and assigns of such Person. In the case of the United States Government, Affiliates also includes departments or administrative bodies within, or agencies of, the United States Government.

"**Claims**" means all efforts or actions by or on behalf of Debtor or its Affiliates to sell, license, enforce, or otherwise monetize the Patents against any Defendant, including threatened or actual legal claims, actions, suits, arbitrations, causes of action, or proceedings before any supranational, national, state, municipal, or local entity or governmental authority, whether located within or without the United States, including without limitation any U.S. District Court and the International Trade Commission, and demands asserted by Debtor or its Affiliates against any Defendant or against any other Person threatened with or included in a claim, action, suit, arbitration, cause of action, or proceeding relating to claims of patent infringement of the Patents or claims that a product made, used, imported, or sold by a Defendant or other Person practices one or more claims of the Patents.

"**Defendant**" and "**Defendants**" means, individually or collectively, (i) the Persons named in the Funding Agreement (including any necessary related entities), and (ii) any additional Persons (a) against which the Patents are sought to be enforced or licensed or against which legal claims or lawsuits are threatened, alleged, or asserted by Debtor, or from which Debtor receives,

DOC ID - 40046734.1

directly or indirectly, Proceeds, **and** (b) where any portion of LCF's Committed Amount is used, including Fortinet and Forescout. The names of the Defendants may be informal brand names. The fact that legal names have not been included herein or in the Funding Agreement shall not exclude Persons from being a Defendant under the Funding Agreement. The names of the Defendants shall be deemed to include any and all predecessors, successors, Affiliates, subsidiaries, and permitted assigns of the Defendants.

"**Patents**" means (a) the patents and patent applications listed in **Exhibit A** to the Funding Agreement and any continuations, continuations-in-part, divisionals, reissues, reexaminations, renewals, supplemental examinations and all other patents or patent applications based on or claiming priority from any of the foregoing; and (b) any and all other patents owned or acquired by Debtor that are added to the Claims.

"**Person**" means any individual, firm, company, corporation, partnership, limited liability company, sole proprietorship, government, state, or agency, or subdivision of a state (or governmental entity), or any association, trust, joint venture, or consortium (whether or not having separate legal personality).

"**Proceeds**" means (I) any and all gross, pre-Tax monetary recovery or the value of any other consideration received, or to be received, directly or indirectly by Debtor, its Affiliates, related Persons, or any of their permitted assigns, directly or indirectly from a Defendant, or directly or indirectly related to the Claims or the Patents, as a direct or indirect result of, part of, in connection with, relating to, or arising from, (a) awards, (b) damages, (c) Royalties (including the value of Royalties), (d) monies or other consideration, (e) lump-sum payments, (f) up-front payments, (g) settlement amounts, (h) distribution or transfer of property or other assets, (i) cash value of equities, membership interests, or other financial instruments, (j) judgments, (k) loans, (l) insurance policies and payouts therefrom, (m) financings, (n) settlements or any other form of resolution (reached before and after the initiation of litigation, arbitration, mediation, or a complaint), (o) injunctions, (p) sales, (q) contracts or licenses, (r) attorneys' fees, (s) awards of sanctions (as permitted by applicable law), (t) voluntary dismissals, (u) other cash and/or non-cash amounts paid, received, or to be received by (which shall include amounts being set off against or otherwise reducing any obligation of Debtor or any of its Affiliates), transferred, owed, or inuring, directly or indirectly, to Debtor or any of its Affiliates or related Persons, (v) monies, credits, or other consideration received from or on behalf of any patent risk management company, and (x) interest received in connection with a settlement or awarded in connection with a judgment; and (II) any and all gross, pre-Tax monetary payment or the value of any other consideration received, or to be received, directly or indirectly by Debtor, its Affiliates, related Persons, or any of their permitted assigns from any Defendant or Person or entity from the sale or license of all or any portion of Debtor. For the avoidance of doubt, Proceeds shall be determined prior to deducting (and shall be gross of) any portion thereof that may be payable by Debtor to Claim Owner's Attorneys.

"**Royalties**" means any monies or cash payable, owed to, or inuring to Debtor, its Affiliates, or related Persons, or any of their permissible assigns, as a result of a settlement, license, royalties, or other resolution of the Claims, whether voluntary or ordered or adjudicated by the court or a jury, where such monies or cash are payable over a period greater than one year.